## BILL KENNEDY v. STATE.

No. A-8231.  Nov. 14, 1931.
(5 Pac. [2d] 1119.)

Hughes & Hughes, for plaintiff in error.

J. Berry King, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, hereinafter referred to as the defendant, was convicted of having possession of intoxicating liquor, and was sentenced to pay a fine of $150, and to be confined in the county jail for a period of 60 days, and appeals.

The record in this case was filed in this court on August 10, 1931; no brief has been filed in support of the defendant's assignment of errors. A careful examination of the record discloses no fundamental error, and the evidence is sufficient to support the verdict of the jury.

The case is therefore affirmed.